UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Susan D. Eyler                                             Case No. 3:08-bk-07959-PMG

_____Debtor(s). /

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The Trustee, Robert Altman, objects to the debtor's claim of exemptions as follows:

1. The debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on December 17, 2008.

2. The debtor claimed as exempt on Schedule C the following items to which the trustee objects:

> Couch, Chair, Coffee table, End table, TV stand, 3 TVs, Bedroom set, Twin bed, Wall closet, 2 Chairs, Computer, Sewing machine, 2 small filing cabinets, Bookshelf, Kitchen cabinet, Outdoor table, 4 Chairs, VCR, 2 Printers, Computer table; Stock located at Ameritrade; Stock located at Share Builder; 2004 Honda Accord.

3. The trustee objects to the above exemptions. The trustee believes that the value of the property claimed exempt exceeds the value allowable under the Florida Constitution and Florida Statute §222.

ROBERT ALTMAN, P.A.

/S/ Robert Altman
_____
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, FL 32178-0922
(386) 325-4691
(386) 325-9765 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Objection to Exemptions was mailed to Susan D. Eyler, 130 Vera Cruz Drive, Unit 731, Ponte Vedra Beach, FL 32082; Jeffrey M. Hanly, Esquire, Eraclides, Johns, Hall, et. al., 4811 Atlantic Blvd., Jacksonville, FL 32207 on the 29th day of January, 2009 by U. S. Mail first class, postage prepaid or electronic filing CM/ECF.

ROBERT ALTMAN, P.A.

/S/ Robert Altman
_____
Robert Altman, Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Susan D. Eyler

Case No.3:08-bk-07959-PMG

**Debtor**

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT

In Courtroom 4A, 200 North Hogan Street, 4th Floor, Jacksonville, Florida, a preliminary hearing will be held on March 18, 2009 at 9:00 a.m. before the Honorable Judge Paul M. Glenn, Chief United States Bankruptcy Judge, to consider and act upon the following matters:

### OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS
### MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY TO THE TRUSTEE

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: January 29, 2009.

**ROBERT ALTMAN, P.A.**

/S/ Robert Altman
**Robert Altman, Trustee**
Florida Bar #346861
P.O. Box 922
Palatka, Florida 32178-0922
(386) 325-4691
Fax No. (386) 325-9765

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing on Objection to Debtor's Claim of Exemptions and Motion to Compel Debtor to Turnover Property to the Trustee was furnished to Susan D. Eyler, 130 Vera Cruz Drive, Unit 731, Ponte Vedra Beach, FL 32082 and Jeffrey M. Hanly, Esquire, Eraclides, Johns, Hall, et. al., 4811 Atlantic Blvd., Jacksonville, FL 32207 by U.S. First Class Mail on January 29, 2009, postage prepaid, or electronically or electronic filing CM/ECF.

/S/ Robert Altman
**Robert Altman, Trustee**