UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Susan D. Eyler,　　　　　　　　　　　　　　　　　　　　CASE NO. 3:08-bk-07959-PMG

　　　　　　　　　　　　Debtor(s).
_____/

## NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan St., Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant or movant's attorney, Robert Altman, P.O. Box 922, Palatka, FL 32178-0922.

If you file and serve an objection within the time permitted, the court will schedule a hearing and you be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

__NOTICE IS HEREBY GIVEN__ that the trustee intends to sell the following property, under the terms and conditions set forth below.

1. Description of property:

　　　　Couch, Chair, Coffee table, End table, TV stand, 3 TVs, Bedroom set, Twin bed,
　　　　Wall closet, 2 Chairs, Computer, Sewing machine, 2 small filing cabinets, Bookshelf,
　　　　Kitchen cabinet, Outdoor table, 4 Chairs, VCR, 2 Printers, Computer table $400.00;
　　　　Stock located at Ameritrade $376.00; Stock located at Share Builder $110.31; 2004
　　　　Honda Accord $5,000.00 less $1,000.00 claimed exempt, leaving equity of $4,000.00.
　　　　Total Equity: $4,886.31

2. Manner of Sale:　Private (x)*　Public Auction ( )

3. Terms of Sale:

　　　　Debtor will purchase from the estate the following items for $3,506.31: Couch, Chair,
　　　　Coffee table, End table, TV stand, 3 TVs, Bedroom set, Twin bed, Wall closet, 2 Chairs,
　　　　Computer, Sewing machine, 2 small filing cabinets, Bookshelf, Kitchen cabinet,
　　　　Outdoor table, 4 Chairs, VCR, 2 Printers, Computer table $270.00; Stock located at
　　　　Ameritrade $376.00; Stock located at Share Builder $110.31; 2004 Honda Accord
　　　　$2,750.00 to be paid in 12 consecutive monthly payments of $292.20 with the first
　　　　payment due April 1, 2009 and each payment thereafter due on the first of each
　　　　consecutive month until paid in full. Payments are by cashier's check or money order
　　　　made payable to Robert Altman, Trustee at P.O. Box 922, Palatka, FL 32178-0922.
　　　　Debtor will maintain adequate insurance and cause their Insurance company to list the

Trustee as a loss payee on the policy. The trustee believes this sale to be in the best interest of the estate. The trustee does not anticipate any tax consequence to this sale and no trustee's deed will be issued.

4. If the debtor(s) do not make any payment within 10 days of the due date, then the trustee shall provide the debtors' attorney with written notice of such default. If the default is not cured within 10 days of such written notice, then the debtor(s) agree to the entry of a judgment revoking their discharge.

5. The debtors' signatures are affixed hereto and by their signatures they agree to all the terms and conditions expressed herein.

6. To the extent the debtor(s) has claimed the property exempt the debtor(s) agrees that the exemptions are limited to the exemptions allowed by law, either $1,000.00 for any one vehicle or $1,000.00 each for personal property, and to the extent necessary, the debtor(s) waives any right to higher exemptions otherwise allowed or claimed.

7. The trustee reserves the right, without penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 20 day objection period set forth above/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids of the purchase of the asset(s) being sold. Any higher bid must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty (20) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

ROBERT ALTMAN, P.A.

_____
Susan D. Eyler
101 Vera Cruz Drive, Unit 731
Ponte Vedra Beach, FL 32082

_____
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, FL 32178-0922
(386) 325-4691
(386) 325-9765 Facsimile

_____
Jeffrey M. Hanly, Esquire
Attorney for Debtor
Florida Bar No. 577596
Eraclides, Johns, Hall, et. al.
4811 Atlantic Blvd.
Jacksonville, FL 32207
904-434-5534

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Intention to Sell Property of the Estate was furnished to All Creditors and Parties in Interest per the attached Mailing Matrix on the __11th__ day of __February__, 2009 by U. S. Mail first class, postage prepaid or electronic filing system CM/ECF.

_____
Robert Altman, Trustee

Label Matrix for local noticing
113A-3
Case 3:08-bk-07959-PMG
Middle District of Florida
Jacksonville
Wed Feb 11 13:44:14 EST 2009

Robert Altman
PO Box 922
Palatka, FL 32178-0922

American General Finance
10909 Atlantic Blvd.
Jacksonville, FL 32225-2940

American General Finance
PO Box 3251
Evansville, IN 47731-3251

American General Finance
PO Box 742536
Cincinnati, OH 45274-2536

American Homeshield
PO Box 2803
Memphis, TN 38101-2803

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Bank of America
PO Box 84006
Columbus, GA 31908

Barclays Bank Delaware
125 S West St.
Wilmington, DE 19801-5014

Capital One Bank
PO Box 650007
Dallas, TX 75265-0007

Chase
Card Services
PO Box 15153
Wilmington, DE 19850-5153

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-9816

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 322014218

Community First Credit Union
Visa
PO Box 96099
Charlotte, NC 28296-0099

Creditors Interchange
PO Box 1335
Buffalo, NY 14240-1335

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292

Emerge (Visa)
Payment Processing
PO Box 1249
Newark, NJ 07101-1249

Susan D Eyler
130 VeraCruz Dr. Unit 731
Ponte Vedra Beach, FL 32082-3250

FIA Card Services
PO Box 15971
Wilmington, DE 19850-5971

First Community Credit Union
PO Box 986
Newark, NJ 07184-0001

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228-3609

Frost-Arnett Company
PO Box 198988
Nashville, TN 37219-8988

Jeffrey M Hanly
Eraclides, Johns, Hall, et al.
4811 Atlantic Blvd.
Jacksonville, FL 32207-2269

Heritage Publishing Inc.
7563 Phillips Hwy
Building 100, Suite 208
Jacksonville, FL 32256-6842

Home Depot
Processing Center
Des Moines, IA 50364-0001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Indymac Bank
7700 W Parmer Ln.
Bldg D
Austin, TX 78729-8084

LVNV Fundinf, LLC
PO Box 10497
Greenville, SC 29603-0497

Lewis and Bernard PA
300 W. Adams St.
Suite 300
Jacksonville, FL 32202-4341

| | | |
|---|---|---|
| Mohawk<br>GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | NCO Financial Systems<br>PO Box 15889<br>Wilmington, DE 19850-5889 | NE Florida Neurology Clinic<br>1361 13th Ave.<br>Suite 170 A<br>Jacksonville Beach, FL 32250-3235 |
| Nelnet<br>PO Box 2970<br>Omaha, NE 68103-2970 | Nelson, Watson & Assoc., LLC<br>80 Merrimack St.<br>Lower Level<br>Haverhill, MA 01830-5211 | Sears<br>PO Box 6937<br>The Lakes, NV 88901-6937 |
| Tax Collector, St. Johns County<br>Dennis W. Hollingsworth<br>P.O. Box 9001<br>St. Augustine, FL 32085-9001 | Tiburon Financial, LLC.<br>218 A South 108th Ave.<br>Omaha, NE 68154-2631 | Tires Plus<br>Credit First NA<br>PO Box 81344<br>Cleveland, OH 44188-0001 |
| Transworld Systems<br>PO Box 1864<br>Santa Rosa, CA 95402-1864 | US Airways Master Card<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | United States Trustee - JAX7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| Wells Fargo Financial<br>1565 Atlantic Blvd.<br>Neptune Beach, FL 32266-1717 | Wells Fargo Financial Bank<br>PO Box 98791<br>Las Vegas, NV 89193-8791 | Zwicker and Associates, PA.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Centralized Insolvency Opera
PO Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Robert Altman<br>PO Box 922<br>Palatka, FL 32178-0922 | (u)Paul M. Glenn<br>Jacksonville | (d)Indymac Bank<br>7700 W Parmer Ln.<br>Bldg. D<br>Austin, TX 78729-8084 |


End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47