UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Susan D. Eyler,

Case No. 3:08-bk-07959-PMG
Chapter 7

_____ Debtor(s). /

## OBJECTION TO CLAIM NO. 7

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection to proof of claim without further notice or hearing unless a party in interest files and objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on Robert Altman, Trustee, P.O. Box 922, Palatka, FL 32178-0922.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Robert Altman, Trustee, and objects to the following claim(s):

That portion of Claim No. 7 filed by American General Finance as a secured claim in the amount of $1,000.00 on the grounds that the trustee has not liquidated this creditor's collateral and the creditor's lien is therefore not secured by property in possession of the trustee or held by the trustee for distribution to creditors.

WHEREFORE, the Trustee requests the Court sustain the Objection and disallow the claim(s) as indicated.

**ROBERT ALTMAN, P.A.**

*/S/ Robert Altman*
_____

**Robert Altman, Trustee**
**Florida Bar No. 346861**
**P.O. Box 922**
**Palatka, FL 32178-0922**
**(386) 325-4691**
**(386) 325-9765 Facsimile**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing Objection to Claim(s) was mailed to Susan D. Eyler, 130 Vera Cruz Drive, Unit 731, Ponte Vedra Beach, FL 32082; Eraclides, Johns, Hall, et. al., 4811 Atlantic Blvd., Jacksonville, FL 32207; and Ashley L. Schultz, Bankruptcy Specialist, American General Finance, PO Box 3251, Evansville, IN 47731 on the 20th day of May, 2009 by U. S. Mail first class, postage prepaid or electronic filing CM/ECF.

**ROBERT ALTMAN, P.A.**

*/S/ Robert Altman*

**Robert Altman, Trustee**